**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER B. GARDNER, | No. C 07-1168 SI (pr) |
| Plaintiff, | **ORDER** |
| v. | |
| CALIFORNIA MEDICAL FACILITY, | |
| Defendants. | |

On April 13, 2007, this action was dismissed without prejudice because plaintiff had failed to provide the court with either the filing fee or a complete in forma pauperis application. Plaintiff has requested that the action be reopened. The request is DENIED because the problem that caused the action to be dismissed still remains: the court never received a filing fee or a completed in forma pauperis application. (Docket # 6.)   Plaintiff may file a new action for which he pays the fee or files a completed in forma pauperis application, but he should not file any more documents in this closed action.

IT IS SO ORDERED.

Dated: _7/31/07_____

_____
SUSAN ILLSTON
United States District Judge